CHARLES LIPPE, Respondent, *v.* THE METROPOLITAN ELEVATED RAILWAY COMPANY et al., Appellants.

(Argued October 28, 1891; decided December 1, 1891.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made the first Monday of February, 1891, which affirmed a judgment in favor of plaintiff entered upon the decision of the court at Special Term.

*Brainard Tolles* for appellants.

*Charles Gibson Bennett* for respondent.

Agree to affirm on authority of *Kernochan* v. *N. Y. E. R. R. Co.* (128 N. Y. 559); no opinion.
All concur, except EARL, J., not voting.
Judgment affirmed.

THOMAS O'REILLY et al., Respondents, *v.* THE NEW YORK ELEVATED RAILROAD COMPANY et al., Appellants.

(Submitted October 28, 1891; decided December 1, 1891.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made the first Monday of February, 1891, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial without a jury.

*Julien T. Davies* and *Samuel Blythe Rogers* for appellants.

*Charles Gibson Bennett* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.